LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (CA Bar No. 073901)
Brent A. Capehart, Esq. (OK Bar No. 17847)
19 Upper Ragsdale, Suite 200
P.O. Box 3140
Monterey, CA  93942-3140
Telephone:    (831) 649-8800
Facsimile:     (831) 649-8835

Attorneys for Plaintiffs

*E-FILED ON 8/31/05*

MARK B. FREDKIN, ESQ. [53550]
WILLIAM SIAMAS, ESQ. [133111]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1606
Telephone:  (408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Defendants / Cross-Complainants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| SMITH & VANDIVER CORPORATION, a California corporation,<br><br>            Plaintiff,<br>v.<br><br>FELSEN-MOSCOE-MITCHELL & ASSOCIATES, Inc., a Minnesota corporation, et. al.<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTION | CASE NO.  C 05-01102 HRL<br><br>JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |

The parties for good cause agree to stipulate as follows:  The parties hereby stipulate that the

entire action, including all claims brought by all parties, shall be dismissed with prejudice, and all costs of suit waived by each side, and each party will be responsible for its own attorney fees.

Dated: 8/31/05.

Respectfully submitted,

LaRIVIERE, GRUBMAN & PAYNE, LLP

By *(signature)*
Robert W. Payne, Esq. (Ca Bar No. 073901)
Brent A. Capehart, Esq., *Pro Hac Vice*
P.O. Box 3140
Monterey, CA 93942-3140
Telephone: (831) 649-8800

*Attorneys for Plaintiff*
*Smith & Vandiver Corporation*

Dated: 8-23-05.

MORGAN, FRANICH, FREDKIN & MARSH

By *(signature)*
Mark B. Fredkin, Esq.
William Siamas, Esq.
99 Almaden Boulevard, Suite 1000
San Jose, CA 95113-1606

*Attorneys for Defendant*
*Felsen-Moscoe-Mitchel & Associates*

## ORDER

Pursuant to stipulation, and good cause appearing therefor, the above styled action, including all causes of action brought by all parties, are hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: August 31, 2005

/s/ Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

5

## PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On August 31, 2005, I served the following documents:

**1.      Joint Stipulation of Dismissal and [Proposed] Order**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below

to the interested parties herein and addressed to:

Mark B. Fredkin, Esquire
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, CA 95113-1606
Phone: (408)288-8288
Fax: (408) 288-8325


__X__   **U.S. MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of businesses.

__X__   **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 31, 2005 at Monterey, California.

_____
Larissa Sison